UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| TIFFANY SHALENE SMITH,<br><br>Petitioner,<br><br>v.<br><br>ANDREW SAUL, Commissioner of<br>Social Security Administration,<br><br>Respondent. | Case No. 2:19-cv-00347-BLW-CWD<br><br>**ORDER** |

On May 10, 2017, Petitioner filed an application for a period of disability and disability insurance benefits, and an application for supplemental security income with the Social Security Administration. After Petitioner's application was denied upon initial review and on reconsideration, Petitioner's timely request for review by the Appeals Council was denied. Petitioner sought the Court's review.

On February 2, 2021, United States Magistrate Judge Candy W. Dale issued a Report and Recommendation in this matter. (Dkt. 19). Pursuant to the statute, Judge Dale gave the parties fourteen (14) days to file written objections to the Report and Recommendation. 28 U.S.C. § 636(b)(1). None were filed.

Having thoroughly reviewed the Report and Recommendation, and no objections having been filed, the Court accepts Judge Dales' Report and

**ORDER - 1**

Recommendation in its entirety and enters the following order consistent with the same.

## ORDER

IT IS HEREBY ORDERED:

1.     The Report and Recommendation entered on February 2, 2021 (Dkt. 19) is INCORPORATED and ADOPTED in its entirety.

2.     The Petition for Review (Dkt. 1) is GRANTED IN PART as outlined in the Report and Recommendation.

3.     This action is REMANDED to the Commissioner for further proceedings consistent with the Report and Recommendation.

4.     This Remand is to be considered a "sentence four remand," consistent with 42 U.S.C. § 405(g) and *Akopyan v. Barnhart*, 296 F.3d 852, 854 (9th Cir. 2002).

5.     The Court will enter a separate judgment in favor of Petitioner in accordance with Federal Rule of Civil Procedure 58 and 42 U.S.C. § 405(g).

DATED: March 1, 2021

B. Lynn Winmill
U.S. District Court Judge

ORDER - 2